UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FELIX CASTRO,

                Plaintiff(s)

                23 civ 9040 (JGK)

      -against-

COUNTRY BROOK DESIGN, INC.,

                Defendant(s).
-----------------------------------------------------------X

### ORDER

The Court, having granted an extension of time to March 26, 2024 to respond to the complaint,

The parties shall file a Rule 26(f) report by **April 16, 2024.** The conference scheduled for March 26, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 13, 2024